UNITED STATES of America,
Plaintiff–Appellee,

v.

Dewayne DUGAN, a.k.a. Fat Dugan,
Defendant–Appellant.

No. 12–11563
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 5, 2012.

Lennard B. Register, III, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Michael Thomas Simpson, Pamela C. Marsh, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

Chet Kaufman, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Dewayne Dugan, Atlanta, GA, pro se.

970

Before HULL, JORDAN and KRAVITCH, Circuit Judges.

PER CURIAM:

Chet Kaufman, on behalf of Randolph P. Murrell, Federal Public Defender and appointed counsel for Dewayne Dugan in this appeal from the denial of an 18 U.S.C. § 3582(c)(2) sentence reduction motion, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of Dugan's § 3582(c)(2) motion to reduce his sentence is **AFFIRMED.**